**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHUNG TING YU.,

                Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendant.

Case No. 26-cv-04043

## PLAINTIFF'S MOTION TO SEAL

Plaintiff, Chung Ting Yu ("Plaintiff"), files this Motion pursuant to Local Rules 5.7 and 26.2 requesting leave to file under seal the Schedule A to the Complaint [Doc. 4] provisionally filed under seal. In this action, Plaintiff anticipates seeking expedited discovery in order to facilitate its investigation into the identity and location of the Defendant based on the action for trademark infringement and false designation of origin. Sealing this portion of the file is necessary to prevent Defendant from learning of these proceedings prior to the completion of Plaintiff's investigation. If Defendant was to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and would interfere with this Court's power to grant relief.

Once Plaintiff has completed its investigation, Plaintiff will amend its complaint as necessary to identify Defendant and their online marketplace accounts and/or will move to unseal these documents and will serve Defendant via electronic service of process.

Respectfully submitted this 10th of April, 2026.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*
